# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22bk00494 |
| | ) | |
| Randy L. Bingham and Jessica Lyn Bingham, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge LaShonda A. Hunt |
| | ) | |
| | ) | |
| John McHugh and Lisa Mchugh, | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 22ap00043 |
| v. | ) | |
| | ) | |
| Randy Bingham, | ) | |
| | ) | |
| Defendant, | ) | |

## SCHEDULING ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

IT IS HEREBY ORDERED THAT:

1. The deadline to complete fact discovery is **February 28, 2022**.

2. This matter is continued for a pre-trial status hearing on **March 10, 2022, at 9:30 a.m.** The partes may appear either (a) in person in the courtroom or (b) by video using Zoom for Government.

Dated: November 4, 2022

ENTER:

_LaShonda A. Hunt_
LaShonda A. Hunt
U. S. Bankruptcy Judge